FILED FOR RECORD 06/05/2019 10:42:11
Rachel A. Ponce, DY CLERK
JEFFERSON PARISH, LA

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. ~~795835~~ 795-922 (BMC)   DIV. "E"

### CHELSEA D. DAZET

### VERSUS

### TERRANCE MICHAEL KOLENOVSKY, APS TRUCKING COMPANY, INC., D/B/A ACCENT WIRE-TIE, AND MIDDLESEX INSURANCE COMPANY D/B/A SENTRY INSURANCE GROUP

FILED:_____    _____
                                  Deputy Clerk

### PETITION FOR DAMAGES

The Petition of CHELSEA D. DAZET, a person of the full age of majority and a resident and domiciliary of the Parish of St. Tammany, State of Louisiana, with respect represents:

1.

Made defendants herein are:

A) TERRANCE MICHAEL KOLENOVSKY, believed to be a major resident and domiciliary of Harris County in the State of Texas, residing at 11614 Sardis Lake Drive, Tomball, Texas 77375; and at all times relevant hereto was the driver of a 2014 Freightliner Cascadia Tractor, owned by Ryder Truck Rental Incorporation and under rental and operation of defendant APS Trucking Company, Inc. D/B/A Accent Wire-Tie.

B) APS TRUCKING COMPANY, INC., a Texas Corporation doing business as ACCENT WIRE – TIE, with its appointed registered agent as William Sims, 10131 FM 2920, Tomball, Texas 77375; and at all times relevant hereto was the renter and/or operator of the 2014 Freightliner Cascadia Tractor involved herein, and was at all times relevant hereto believed to be an employer of defendant Terrance Michael Kolenovsky.

C) MIDDLESEX INSURANCE COMPANY D/B/A SENTRY INSURANCE GROUP, an insurer authorized to do and doing business in the State of Louisiana, and at all times herein was the liability insurer of the above-named defendants.

2.

The defendants are liable jointly, severally, and in solido for all damages due under the premises, plus all court costs, expert witness fees and judicial interest from date of demand until paid for the following.

1

3.

On or about July 10, 2018, the plaintiff was driving a 2006 Cadillac CTS in a southbound direction, and in the middle lane of traffic on North Causeway Boulevard in the Parish of Jefferson, State of Louisiana

4.

At that same time, defendant TERRANCE MICHAEL KOLENOVSKY was driving the aforementioned commercial truck on the same street and in the same direction as the plaintiff. Defendant, TERRANCE MICHAEL KOLENOVSKY, was in the lane of traffic to the left and rear of plaintiff.

5.

Suddenly and without warning, defendant Kolenovsky violently struck the rear quarter panel of plaintiff's vehicle when attempting to change lanes.

6.

TERRANCE MICHAEL KOLENOVSKY violated several traffic laws in causing the accident, including improper lane usage, and he was found to be completely at fault for the accident.

7.

At the time of the Accident, plaintiff remained in her lane of travel and operated her vehicle in a normal fashion. She is free from fault in causing or contributing to the Accident.

8.

The plaintiff avers that defendant, TERRANCE MICHAEL KOLENOVSKY was working in the course and scope of his employment at the time of the accident, and that he was employed at the time by defendant APS Trucking Company, Inc. d/b/a Accent Wire- Tie; and the plaintiff further avers that the vehicle which defendant, TERRANCE MICHAEL KOLENOVSKY was driving at the time was rented and/or operated by defendant APS Trucking Company, Inc. d/b/a Accent Wire- Tie and covered by insurance under its commercial policy with MIDDLESEX INSURANCE COMPANY D/B/A SENTRY INSURANCE GROUP.

9.

The above-described accident resulted solely from the negligence and breach of duties of the defendant TERRANCE MICHAEL KOLENOVSKY as follows:

2

A) Improper lane usage.

B) Reckless driving and/or careless operation of a motor vehicle.

C) Following too closely.

D) Failing to maintain control of his vehicle.

E) Failing to use due diligence.

F) Failing to warn.

G) Failing to operate his vehicle in a safe and prudent manner.

H) Failing to maintain proper control of his vehicle.

I) Failure to keep a proper lookout.

J) Failing to observe plaintiff's vehicle and in failing to be attentive to the roadway and his surroundings.

K) Failing to see what he could have seen.

L) Operating his vehicle without due regard and in utter disregard for the safety of others and endangering the life and property of others, including the plaintiff herein.

M) Any and all other acts of negligence, fault or imprudence which may be proven during the investigation and/or trial of the merits of this matter, all of which are in violation of the laws of the State of Louisiana and applicable Parish ordinances, which are hereby pleaded and adopted by this reference as though set forth *in extenso*.

10.

The plaintiff avers that the defendant APS TRUCKING COMPANY, INC. D/B/A ACCENT WIRE-TIE, is liable to the plaintiff for its own actions/inactions, as well as those of Defendant TERRANCE MICHAEL KOLENOVSKY, as follows:

A) Vicarious Liability.

B) Respondeat Superior.

C) Negligent hiring.

D) Negligent training.

E) Negligent entrustment.

F) Negligent supervision.

G) Negligent retention.

H) Failing to warn.

11.

At the time of the accident, defendant, MIDDLESEX INSURANCE COMPANY D/B/A SENTRY INSURANCE GROUP, had in full force and effect a policy of liability insurance that

insured defendants, TERRANCE MICHAEL KOLENOVSKY and APS TRUCKING COMPANY, INC. D/B/A ACCENT WIRE-TIE for liabilities of the nature and kind made basis of this suit. Therefore, the insurer is liable unto plaintiff jointly, severally, and/or *in solido* herein with TERRANCE MICHAEL KOLENOVSKY and APS TRUCKING COMPANY, INC. D/B/A ACCENT WIRE-TIE, for their negligence or fault in causing the accident.

12.

As a result of the above-described accident, plaintiff suffered severe and painful personal injuries and damages to her head, right shoulder, neck and back.

13.

The plaintiff avers she is entitled to recover from the defendants for damages including, but not limited to:

A) Past, present and future medical expenses.
B) Past, present and future pain and suffering.
C) Past, present and future mental anguish.
D) Past, present and future lost wages.
E) Permanent disability and disfigurement.

14.

Plaintiff has made repeated amicable demands upon defendants to no avail.

15.

Plaintiff has filed this action in order to interrupt prescription and to allow for the commencement of discovery, fully reserving plaintiff's right to amend this petition as new information becomes available and/or when the need arises.

### REQUEST FOR NOTICE

In accordance with La. Code Civ. Proc. Ann. Art. 1572, plaintiff requests that the Court give written notice by certified mail, at least ten days in advance of the date fixed for trial or hearing of the case, whether on exceptions, motions, rules or the merits, plaintiff also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon rendition thereof, as provided by La. Code Civ. proc. Ann. Arts. 1913 and 1914, including notice of judgment, in the event that this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial.

WHEREFORE, the plaintiff CHELSEA D. DAZET prays that defendants each be served with a copy of this petition in the manner prescribed by law, and be duly cited to appear and answer same, and that after all legal delays and due proceedings there be judgment in her favor and against all defendants, TERRANCE MICHAEL KOLENOVSKY, APS TRUCKING COMPANY, INC. D/B/A ACCENT WIRE-TIE, and MIDDLESEX INSURANCE COMPANY D/B/A SENTRY INSURANCE GROUP, jointly, severally and *in solido* for all damages due under the premises plus all court costs, expert witness fees and judicial interest from date of demand until paid.

RESPECTFULLY SUBMITTED:

_____
ADAM S. LAMBERT (#25134)
3531 Plymouth Pl.
New Orleans, LA 70131
Tel. (504) 433-0289
Fax (504) 433-0840
Email: LSULawyer@aol.com
Web: www.Lambert-Law.com

## VERIFICATION

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

**CHELSEA D. DAZET**

who, after being duly sworn, did depose and say:

That she is the plaintiff in the above-entitled and numbered cause, and that, after due reading of the whole, all of the allegations of fact contained in the above and foregoing Petition for Damages are true and correct to the best of her knowledge, information, and belief.

_____
CHELSEA D. DAZET

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY, THIS
5TH DAY OF JUNE, 2019.

_____
NOTARY PUBLIC

*SERVICE INSTRUCTIONS ON FOLLOWING PAGE

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

**PLEASE SERVE:**

(1) TERRANCE MICHAEL KOLENOVSKY
**Through the Louisiana Long Arm Statute**
11614 Sardis Lake Drive
Tomball, Texas 77375

(2) APS TRUCKING COMPANY, INC. D/B/A ACCENT WIRE-TIE
**Through its Registered Texas Agent**
**Through the Louisiana Long Arm Statute**
William Sims
10131 FM 2920
Tomball, Texas 77375

(3) MIDDLESEX INSURANCE COMPANY D/B/A SENTRY INSURANCE GROUP
**Through the Louisiana Secretary of State**
8585 Archives Avenue
Baton Rouge, LA  70809

6

(101) CITATION: PETITION FOR DAMAGES;                    190605-3875-8

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

CHELSEA D DAZET
versus
TERRANCE MICHAEL KOLENOVSKY, APS TRUCKING          Case: 795-922   Div: "E"
COMPANY INC, ACCENT WIRE-TIE, MIDDLESEX            P 1 CHELSEA D. DAZET
INSURANCE COMPANY, SENTRY INSURANCE GROUP

To: MIDDLESEX INSURANCE COMPANY
D/B/A SENTRY INSURANCE GROUP
THRU LOUISIANA SECRETARY OF STATE          SS# 1943  $50.00
8585 ARCHIVES AVENUE                       EBR# 1944 $39.36
BATON ROUGE LA 70809

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney ADAM S. LAMBERT and was issued by the Clerk of Court on the 5th day of June, 2019.

/s/ Lisa M. Cheramie
Lisa M. Cheramie, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    190605-3875-8

Received:_____ Served:_____ Returned:_____

Service was made:
____ Personal            ____ Domiciliary _____

Unable to serve:
____ Not at this address    ____ Numerous attempts ____ times
____ Vacant                 ____ Received too late to serve
____ Moved                  ____ No longer works at this address
____ No such address        ____ Need apartment / building number
____ Other _____

Service: $_____ Mileage: $_____ Total: $_____
Completed by: _____ #_____
                    Deputy Sheriff
Parish of: _____

*[Stamps: "I made service on the named party through the Office of the Secretary of State on JUN 20 2019 by tendering a copy of this document to KATHY DARDEN / DY. E. CUMMINS #1155, Deputy Sheriff, Parish of East Baton Rouge, Louisiana"]*

*[Stamp: FILED FOR RECORD 07/01/2019 10:42:00 Michelle A. Pere, DY CLERK, JEFFERSON PARISH, LA]*

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053
Page 1 of 1

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 795-922                                                                                     DIVISION "E"

CHELSEA D. DAZET

VERSUS

TERRANCE MICHAEL KOLENOVSKY, APS TRUCKING COMPANY, INC., D/B/A ACCENT WIRE-TIE, AND MIDDLESEX INSURANCE COMPANY D/B/A SENTRY INSURANCE GROUP

FILED: _____    _____
                                                                   DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes defendants, Terrance Michael Kolenovsky, APS Trucking Company, Inc., d/b/a Accent Wire-Tie, and Middlesex Insurance Company, solely for the purpose of seeking an extension of time to respond and without making a general appearance, respectfully suggests to this Honorable Court that mover and its counsel require additional time within which to investigate the claims and allegations made and to prepare and file pleadings in response thereto, and that for this purpose mover desires an extension of time of thirty (30) days from the date of signing of this Order within which to file responsive pleadings in this suit. Mover further avers that no prior request for extension of time has been requested.

IT IS ORDERED that defendants, Terrance Michael Kolenovsky, APS Trucking Company, Inc., d/b/a Accent Wire-Tie, and Middlesex Insurance Company, be hereby granted an extension of time of thirty (30) days from the date of signing of this Order within which to file responsive pleadings in the above-entitled and numbered suit.

Gretna, Louisiana this _____ day of _____, 2019.

_____
J U D G E

Respectfully submitted,

_____
CHARLES M. PONDER, III, #2052
PONDER LAW FIRM
1010 Common Street, Suite 1715
New Orleans, Louisiana 70112
Telephone: (504) 528-3066
Facsimile: (504) 528-3077

**CERTIFICATE OF SERVICE**

I, Charles M. Ponder, III, do hereby certify that a copy of the foregoing pleading has been served upon all parties through their attorney of record by: ☒ transmitting same via facsimile and/or email, and/or ☒ depositing same in the United States Mail, properly addressed and postage pre-paid this 1st day of **July, 2019**.

_____
CHARLES M. PONDER, III

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 795-922  DIVISION "E"

CHELSEA D. DAZET

VERSUS

TERRANCE MICHAEL KOLENOVSKY, APS TRUCKING COMPANY, INC., D/B/A ACCENT WIRE-TIE, AND MIDDLESEX INSURANCE COMPANY D/B/A SENTRY INSURANCE GROUP

FILED:_____   _____
DEPUTY CLERK

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes defendants, Terrance Michael Kolenovsky, APS Trucking Company, Inc., d/b/a Accent Wire-Tie, and Middlesex Insurance Company, in accordance with Article 1572 of the Louisiana Code of Civil Procedure and hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial or hearing upon any motion, exception, rule or other matter, at least ten (10) days before any trial or hearing date.

Defendants, Terrance Michael Kolenovsky, APS Trucking Company, Inc., d/b/a Accent Wire-Tie, and Middlesex Insurance Company, further requests notice of the signing of any final judgment, the rendition of any interlocutory order or judgment, or of any order of judgment refusing to grant a new trial, in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

_____
CHARLES M. PONDER, III, #2052
PONDER LAW FIRM
1010 Common Street, Suite 1715
New Orleans, Louisiana 70112
Telephone: (504) 528-3066
Facsimile: (504) 528-3077

## CERTIFICATE OF SERVICE

I, Charles M. Ponder, III, do hereby certify that a copy of the foregoing pleading has been served upon all parties through their attorney of record by: ☒ transmitting same via facsimile and/or email, and/or ☒ depositing same in the United States Mail, properly addressed and postage pre-paid this ___ day of July, 2019.

_____
CHARLES M. PONDER, III